# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JUSTIN MCCALISTER,**                                                                                **PLAINTIFF**

**v.**                                  **Case No. 5:18-cv-00283-KGB-JTR**

**RONALD STUKEY,** *et al.*                                                 **DEFENDANT**

## ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 64). Plaintiff Justin McCalister has filed no objections to the Recommended Disposition, and the time for filing objections has passed. After review of the Recommended Disposition, the Court adopts the Recommended Disposition in its entirety (Dkt. No. 64).

The Court grants defendants' motion for summary judgment filed by Estella Bland and Dr. Ronald Stuckey and dismisses with prejudice Mr. McCalister's constitutional claims against Ms. Bland and Dr. Stuckey. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 9th day of November, 2020.

                                                         _____
                                                         Kristine G. Baker
                                                         United States District Judge