IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JUSTIN MCCALISTER,**                                                                 **PLAINTIFF**

**v.**                        **Case No. 5:18-cv-00283-KGB-JTR**

**RONALD STUKEY,** *et al.*                                             **DEFENDANT**

### JUDGMENT

Pursuant to the Order entered on this date and this Court's prior Orders (Dkt. Nos. 40, 50, 66), it is considered, ordered, and adjudged that plaintiff Justin McCalister's complaint is dismissed. The relief sought is denied.

So adjudged this 9th day of November, 2020.

                                                                                                      Kristine G. Baker
                                                                                                      United States District Judge